

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2014

No. 04-14-00300-CV

**IN THE INTEREST OF B.J.M. AND H.J.M., CHILDREN,**

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 29724
Honorable Sergio J. Gonzalez, Judge Presiding

## O R D E R

The appellant's brief was originally due July 23, 2014. However, appellant filed a motion for extension of time, advising the court that the reporter's record that had been filed was incomplete. Accordingly, we ordered the court reporter to file the complete record and ordered appellant to file the appellant's brief thirty days after the complete record was filed. On July 21, 2014, the court reporter filed what she claimed to be the complete record. Accordingly, appellant's brief was due on August 20, 2014. However, the appellant was forced to file a second motion to extend time to file the brief after discovering the reporter's record was still incomplete. We contacted the court reporter and she advised she was having her computer repaired, but she would file the complete record as soon as the computer was functioning. On August 11, 2014, the court reporter filed what she contends to be the complete reporter's record. We therefore **GRANT** appellant's request for an extension of time to file the brief and **ORDER** appellant to file appellant's brief **on or before September 10, 2014**. Given the history regarding the reporter's record, this court urges appellant to review the record as quickly as possible and determine if it is now complete. If the record is not complete, appellant should advise this court of same at the earliest possible opportunity and specifically inform the court of what is missing.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court